THE PEOPLE OF THE STATE OF NEW YORK ex rel. SLOYER-FORMAN, INC., Appellant, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Respondents.

Argued March 7, 1951; decided April 12, 1951.

*Charles Lamb* and *Jesse H. Barkin* for appellant.

*John P. McGrath, Corporation Counsel* (*Edith I. Spivack, Imre Schwarz* and *Morris Handel* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.